**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES A. MARKLE and<br>LINDA M. MARKLE, his wife | : | CIVIL ACTION |
| vs. | : | |
| LANGSTON CORPORATION<br>    and<br>PRIME TECHNOLOGY, INC. | : | NO. 02-2607 |

### ANSWER OF DEFENDANT LANGSTON CORPORATION TO NEW MATTER CROSSCLAIM OF DEFENDANT, PRIME TECHNOLOGY, INC.

1. Denied. It is specifically denied that Defendant, Langston Corporation is alone liable or is jointly and severally liable or is liable over to the Answering Defendant on the cause of action declared in Plaintiffs' Complaint. Answering Defendant adopts and incorporates its answers to Plaintiffs' Complaint as fully as though they were set forth herein at length.

2. Denied. It is specifically denied that Defendant, Langston Corporation is liable to Defendant, Prime Technology, Inc. for indemnity or contribution. To the contrary, should it be determined that Defendant, Langston Corporation is liable to the Plaintiff, then Defendant, Prime Technology, Inc. is liable over to Defendant, Langston Corporation by way of contribution and/or indemnity.

### AFFIRMATIVE DEFENSE

Answering Defendant adopts and incorporates all affirmative defenses set forth in Defendant's Answer to Plaintiffs' Complaint as fully as though they were set forth herein at length.

### NEW MATTER CROSSCLAIM

Answering Defendant, Langston Corporation adopts and incorporates the allegations contained in its New Matter Crossclaim against Prime Technology, Inc. as

fully as though the allegations were set forth herein at length.

WHEREFORE, Answering Defendant. Langston Corporation, demands judgment that Defendant, Prime Technology, Inc. is solely liable or liable over by way of contribution and/or indemnity on the Plaintiffs' cause of action.

Respectfully submitted,

**MARGOLIS EDELSTEIN**

By: _____
Donald M. Davis
I.D. #27546
Counsel for Defendant
Langston Corporation
The Curtis Center - 4th Floor
Independence Square West
Philadelphia, PA   19106-3304
(215) 931-5813

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES A. MARKLE and<br>LINDA M. MARKLE, his wife | : | CIVIL ACTION |
| vs. | : | |
| LANGSTON CORPORATION<br>    and<br>PRIME TECHNOLOGY, INC. | : | NO.  02-2607 |

**CERTIFICATION OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Answer Of Defendant Langston Corporation To New Matter Crossclaim of Defendant, Prime Technology, Inc. is being forwarded by First Class U.S. Mail, postage prepaid, to the following counsel of record this 19th day of June, 2002:

Daniel J. Mann, Esquire
FELDMAN, SHEPHERD, WOHLGELERNTER & TANNER
1845 Walnut Street - 25th Floor
Philadelphia, PA   19103

Marc Myers, Esquire
MYERS & LIERO
1800 JFK Boulevard - Suite #205
Philadelphia, PA   19103-7480

                                                DONALD M. DAVIS
                                                Counsel for Defendant
                                                LANGSTON CORPORATION