IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES A. MARKLE and | : | |
| LINDA M. MARKLE, his wife | : | |
| | : | |
| v. | : | No. 02CV2607 |
| | : | |
| LANGSTON CORPORATION and | : | |
| PRIME TECHNOLOGY, INC. | : | |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance as attorney for defendant Prime Technology, Inc. only in the above-captioned matter. Defendant demands a jury trial.

**WHITE AND WILLIAMS LLP**
Attorneys for Defendant
Prime Technology, Inc.

_____

John A. Orlando, Esquire
Identification No: 38420
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-7176